495 P.2d 870

**William R. YOUNG, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Stearns-Roger Corporation, Respondent Employer,**

**State Compensation Fund, Respondent Carrier.**

**No. I CA-IC 629.**

Court of Appeals of Arizona, Division 1, Department B.

April 20, 1972.

Rehearing Denied May 11, 1972.
Review Denied June 27, 1972.

Lawrence Ollason, Tucson, for petitioner.

William C. Wahl, Jr., Chief Counsel, Phoenix, for respondent Industrial Commission of Arizona.

Robert K. Park, Chief Counsel, State Compensation Fund, Phoenix, by George B. Morse, Tucson, for respondent Employer and respondent Carrier.

HAIRE, Chief Judge, Division 1.

The sole question presented in this review by certiorari of a hearing officer's award in a workmen's compensation proceeding concerns whether "traveling expenses" are to be considered in the computation of the average monthly wage. The travel expenses here involved were "zone" travel expense allowances paid pursuant to union contract. The issues raised have been discussed and decided adversely to the petitioner in this Court's opinion rendered in Moorehead v. Industrial Commission, 16 Moorehead v. Industrial Commission, 17 Ariz.App. 96, 495 P.2d 866 (filed April 19, 1972).

Paul G. Rees, Jr., Tucson, for appellant; Richard M. Davis, Tucson, of counsel.

Bilby, Thompson, Shoenhair & Warnock, by T. Scott Higgins and Clague A. Van Slyke, Tucson, for appellee.

The award is affirmed.

EUBANK and JACOBSON, JJ., concur.